Probation Form No. 35            Report and Order Terminating Probation /
(1/92)            Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.            Crim. No. 3:97CR00064-001/RV

ROBERT DOUGLAS TAYLOR

On March 24, 1998, the above named was placed on Supervised Release for a period of 4 years which term commenced on June 30, 2004. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Robert Douglas Taylor be discharged from Supervised Release.

Respectfully submitted,

*Donna D. Easterling*
Donna D. Easterling
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 22 day of Sept, 2005.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP 22 AM 11:45

FILED